# Exhibit B

| | |
|---|---|
| **From:** | Phil Luetkehans |
| **To:** | Doran, Jennifer V. |
| **Cc:** | Bruce Garner; Brian Armstrong; Giovanni Padilla; Bush, Christine K.; Ciotti, Ronald D. |
| **Subject:** | RE: Separation Agreement between RNA and Centerline # 5 64675961.DOCX |
| **Date:** | Wednesday, June 12, 2024 12:48:37 PM |
| **Attachments:** | image001.png |

**EXTERNAL EMAIL**

Jen,

While RCL may not be officially locked out, your client has locked out 50% of the ownership of RCL, fired RCL's employees and manufacturing product with people that were not RCL employees. None of which has been done by any official Board action – as usual. Your client may have the votes to take action but only when a Board meeting is called. These are significant actions that need Board discussion and approval. Hence, they are and illegal.

As for trying to comply with RCL's obligations, that would have already been complied with except that your client has refused to let my clients do their jobs and operate the facility – including, but not limited to, your client's failure to make payments when owed and not funding the last payroll.

As far as my clients removing property, the only property that they sought and did remove was personal items – not RCL equipment or property. Further, even some of that personal property had been taken.

Phil



**Phillip A. Luetkehans**
Principal
**Luetkehans, Brady, Garner & Armstrong, LLC**
105 E Irving Park Road
Itasca, IL 60143
Direct: 630/760-4601 Office: 630/773-8500
Mobile: 630/917-6475 Fax: 630/773-1006
pal@lbgalaw.com
**www.lbgalaw.com**

The information contained in this e-mail message is attorney-client privileged and confidential information intended for the use of the individual or entity to whom it is directed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this transmission in error, please immediately notify us by telephone, and delete the original message from your system. Thank you. LUETKEHANS, BRADY, GARNER & ARMSTRONG, LLC

**From:** Doran, Jennifer V. <jdoran@hinckleyallen.com>
**Sent:** Wednesday, June 12, 2024 10:34 AM

**To:** Phil Luetkehans <pal@lbgalaw.com>
**Cc:** Bruce Garner <beg@lbgalaw.com>; Brian Armstrong <bja@lbgalaw.com>; Giovanni Padilla <GP@LBGALAW.COM>; Bush, Christine K. <cbush@hinckleyallen.com>; Ciotti, Ronald D. <rciotti@hinckleyallen.com>
**Subject:** RE: Separation Agreement between RNA and Centerline # 5 64675961.DOCX

Phil,

RCL is not locked out.  Steps have been taken to protect RCL's assets and ensure RCL is able to comply with its obligations to avoid delay claims.  As you may be aware, clients are asserting that RCL is now late on its deliverables, so the effort is to ensure that RCL complies with its obligations by completing the remaining projects.

We understand that your clients are removing property from RCL's location.  This is not authorized – all equipment belongs to RCL and needs to remain at that facility.  We further understand that your clients are on their way to the facility <u>now</u> to "take their stuff."  Again, the equipment and other property at the facility belongs to RCL, and it must remain at the facility until we agree to the business dissolution.  Any breach of the peace will be addressed accordingly.

We reserve all rights.

Thanks,
Jen


<u>Jennifer V. Doran</u>
*Partner*

<u>Hinckley Allen</u>
28 State Street
Boston, MA 02109-1775
p: 617-378-4128 | f: 617-345-9020
jdoran@hinckleyallen.com

