# Exhibit C

| | |
|---|---|
| **From:** | Joseph Goode |
| **To:** | mmayer@weldriley.com |
| **Cc:** | Bush, Christine K.; Doran, Jennifer V.; Maura Logue; Annalise Ehlenbach |
| **Subject:** | Centerline Litigation |
| **Date:** | Tuesday, July 9, 2024 8:47:08 AM |

**EXTERNAL EMAIL**

Matt

It's been a long time. I see that you are counsel of record for Centerline Architectural Supply in the dispute with RNA Real Estate up in Rusk County.

My firm has been retained as local counsel as of late yesterday afternoon to assist the lawyers at Hinckley Allen (Christine Bush and Jennifer Doran) in defense of RNA Real Estate. We have the Summons and Complaint but noticed that you filed a motion for a temporary restraining order yesterday.

I know very little at this point so at some point it would make sense for us to chat on the phone with Christine Bush (who will be leading our brigade) to talk about this matter. In the meantime, would you please send me courtesy copies of your filing from yesterday. We object to any ex parte process over your motion and would want to be heard.

Thanks Matt. We look forward to working with you on this one.

Joe


**Joseph S. Goode**

Laffey, Leitner & Goode LLC

325 E. Chicago St.

Suite 200

Milwaukee, WI  53202

Main: (414) 312-7003

Direct: (414) 312-7181

Facsimile: (414) 755-7089

Mobile: (414) 477-1277

CONFIDENTIALITY NOTICE:  This electronic message transmission contains information from the law firm of Laffey, Leitner & Goode LLC, which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify me by telephone (414-312-7003) or by e-mail jgoode@llgmke.com immediately.   Nothing herein or in the message above is intended to create an attorney-client relationship, unless such relationship otherwise exists.