# Exhibit H

| STATE OF WISCONSIN | CIRCUIT COURT | RUSK COUNTY |
|---|---|---|

CENTERLINE ARCHITECTURAL
SUPPLY, LLC, et al.,

       Plaintiffs,

  v.

RNA REAL ESTATE, LLC,

       Defendant.

Case No. 24CV66

Case Code: 30303

## NOTICE OF FILING NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446(d), Defendant RNA Real Estate, LLC ("RNA") hereby notifies the Court that on July 16, 2024, RNA filed in the United States District Court for the Western District of Wisconsin its Notice of Removal of this lawsuit, a copy of which is attached hereto as **Exhibit A**.

Dated this 16th day of July, 2024.

          LAFFEY, LEITNER & GOODE LLC
          Attorneys for Defendant RNA Real Estate, LLC

          *Electronically signed by Joseph S. Goode*
          Joseph S. Goode
          State Bar No. 1020886
          Maura K. Logue
          State Bar No. 1107724
          325 E. Chicago Street
          Suite 200
          Milwaukee, WI  53202
          (414) 312-7003
          (414) 755-7089 (fax)
          jgoode@llgmke.com
          mlogue@llgmke.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I caused to be served the foregoing Notice of Filing Notice of Removal with Exhibit A via U.S. Mail to:

>RCL Services, LLC
>N3840 Second Street
>Weyerhaeuser, WI 54895

Dated this 16th day of July, 2024.

>LAFFEY, LEITNER & GOODE LLC
>Attorneys for Defendant RNA Real Estate, LLC
>
>*Electronically signed by Joseph S. Goode*
>Joseph S. Goode
>State Bar No. 1020886
>Maura K. Logue
>State Bar No. 1107724
>325 E. Chicago Street
>Suite 200
>Milwaukee, WI  53202
>(414) 312-7003
>(414) 755-7089 (fax)
>jgoode@llgmke.com
>mlogue@llgmke.com