UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**CENTERLINE ARCHITECTURAL SUPPLY LLC,**

      Plaintiff,

**RCL SERVICES, LLC,**
      Involuntary Plaintiff.

Case No. 24-CV-480

v.

**RNA REAL ESTATE, LLC,**

      Defendants.

## MOTION TO REMAND

NOW COMES Plaintiff CENTERLINE ARCHITECTURAL SUPPLY, LLC ("Centerline") as a member and on behalf of RCL SERVICES, LLC ("RCL"), by and through its attorneys, Luetkehans, Brady, Garner & Armstrong, LLC, and Weld Riley, S.C., and, for its Motion to Remand, respectfully requests that this Court remand this case to the Rusk County Circuit Court, and in support states as follows:

1. On June 28, 2024, Plaintiff filed its Complaint in the Rusk County Circuit Court of the State of Wisconsin, seeking injunctive relief. *See* Complaint attached hereto as Exhibit A.

2. On July 11, 2024, the Circuit Court in Rusk County entered an order granting temporary injunction in favor of Plaintiff. *See* Order of the Court attached hereto as Exhibit B.

3. On July 16, 2024, Defendant filed its Notice of Removal, claiming that the United States District Court for the Western District of Wisconsin has jurisdiction over this case pursuant to 28 U.S.C. § 1332.

4. Plaintiff's Motion to Remand is timely as it has been filed within the 30-day period allowed by 28 U.S.C. § 1447.

5. The diversity requirements of 28 U.S.C. § 1332 are not met because there does not exist complete diversity of citizenship between the parties.

6. Additionally, the amount in controversy requirement of 28 U.S.C. § 1332 has not been met because Plaintiff's prayer for relief seeks no damages or monetary compensation, it only requests access to the premises and equipment.

7. Accordingly, this court does not have jurisdiction over this action pursuant to 28 U.S.C. § 1332 and the action must be remanded to the Circuit Court in Rusk County of the State of Wisconsin.

8. Plaintiff's Memorandum of Law in support of this Motion is filed contemporaneously with this Motion and is incorporated herein by reference.

WHEREFORE, Plaintiff Centerline Architectural Services, LLC, as a member and on behalf of RCL Services LLC, respectfully requests this Honorable Court enter an order as follows:

(a) Remanding the instant matter to the Circuit Court in Rusk County of the State of Wisconsin; and

(b) Granting any other relief this Court deems equitable and just.

DATED the 31st day of July, 2024.

    /s/ Phillip A. Luetkehans
One of the Attorneys for Plaintiff, CENTERLINE ARCHITECTURAL SUPPLY LLC

Phillip A. Luetkehans, Esq.
[IL ARDC #06198315]
pal@lbgalaw.com
Bruce E. Garner, Esq.
[IL ARDC #06206949]
beg@lbgalaw.com
Brian J. Armstrong, Esq.
[IL ARDC #06236639]
bja@lbgalaw.com
LUETKEHANS, BRADY, GARNER & ARMSTRONG, LLC
2700 International Dr., #305 West
Chicago, IL  60185 Telephone: (630) 773-8500


Matthew S. Mayer
State Bar No. 1001237
Evan M. Mayer
State Bar No. 1122526
mmayer@weldriley.com
WELD RILEY, S.C.
500 Third St., Ste. 800
P. O. Box 479
Wausau, WI  54402-0479
Telephone: (715) 845-8234
Facsimile:  (715) 845-1085

# CERTIFICATE OF FILING
# & SERVICE

      I, PHILLIP A. LUETKEHANS, an attorney, certify that on July 31, 2024, I caused the foregoing Motion to Remand to be electronically filed with the Clerk of the United States District Court, Western District of Wisconsin, in Madison, Wisconsin, via the CM/ECF NextGen filing system which will send notification of such filing and cause a true and correct copy of same to be served upon all attorney(s) of record and interested parties.

      /s/ Phillip A. Luetkehans
      PHILLIP A. LUETKEHANS