EXHIBIT 3

FILED
07-11-2024
Clerk of Circuit Court
Rusk County, Wisconsin
2024CV000066

DATE SIGNED: July 11, 2024

<u>Electronically signed by Annette M. Barna</u>
Circuit Court Judge

| STATE OF WISCONSIN | CIRCUIT COURT | RUSK COUNTY |
|---|---|---|

**CENTERLINE ARCHITECTURAL SUPPLY, LLC,**

      Plaintiff,

and

**RCL SERVICES, LLC,**

      Involuntary Plaintiff,

                                                  Case No. 24-CV-66

v.                                                    Case Code No. 30303

**RNA REAL ESTATE, LLC**,

      Defendant.

## ORDER GRANTING TEMPORARY INJUNCTION

      WHEREFORE, Plaintiff, Centerline Architectural Supply, LLC, as a member and on behalf of Involuntary Plaintiff, RCL Services, LLC, has filed a motion for a temporary injunction pursuant to Wis. Stat. § 813.02;

      WHEREFORE, pursuant to the Complaint filed herein, as well as the motion for temporary injunction, the actions of Defendant, RNA Real Estate, LLC, in (1) wrongfully evicting RCL Services, LLC by breaching its lease and violating Wisconsin law; (2) prohibiting RCL Services, LLC from entering the leased property at 1100 Barnett Road, Ladysmith, Wisconsin; (3) restricting RCL Services, LLC's access to its supplies, equipment, and trade fixtures; and (4) allowing third parties access to the leased property at 1100 Barnett Road,

Ladysmith, Wisconsin and the supplies, equipment, and trade fixtures of RCL Services, LLC, violate the rights of RCL Services, LLC and cause irreparable injury to RCL Services, LLC;

WHEREFORE, Rusk County is the proper venue for this matter;

WHEREFORE, the address of Defendant, RNA Real Estate, LLC, was provided to the Court and RNA Real Estate, LLC was personally served with the Summons and Complaint; and

WHEREFORE, Defendant, RNA Real Estate, LLC, has not yet filed its responsive pleading.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Pending further order of this Court, the motion/application of Plaintiff, Centerline Architectural Supply, LLC, as a member and on behalf of Involuntary Plaintiff, RCL Services, LLC, is hereby granted.

2. RCL Services, LLC is granted immediate access to and use of the leased premises located at 1100 Barnett Road, Ladysmith, Wisconsin.

3. RNA Real Estate, LLC is restricted from imposing any restraints on RCL Services, LLC's access to and use of the leased premises located at 1100 Barnett Road, Ladysmith, Wisconsin, as well as the supplies, equipment and trade fixtures contained therein.

4. RNA Real Estate, LLC is restricted from allowing any party, other than RCL Services, LLC, access to and use of the leased premises located at 1100 Barnett Road, Ladysmith, Wisconsin.