# EXHIBIT 7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**CENTERLINE ARCHITECTURAL SUPPLY LLC,**

    Plaintiff,

**RCL SERVICES, LLC,**
    Involuntary Plaintiff.

Case No. 24-CV-480

v.

**RNA REAL ESTATE, LLC,**

    Defendants.

## AFFIDAVIT OF J.R. HUGHES

I, Affiant, J.R. Hughes, having been first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called upon, I could competently testify as to the following:

1. My domicile is in the state of Illinois.

2. I am a manager of Centerline Architectural Supply LLC ("Centerline").

Further, Affiant sayeth naught.

_____
J.R. Hughes

SUBSCRIBED and SWORN to before me this 31ST day of July, 2024.

_____
Notary Public

OFFICIAL SEAL
DEBRA A ANDERSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05/09/2026