# EXHIBIT 8



# Contact

Subsidiary US

sales.usa@rieder.cc

Rieder Group
1100 Barnett Rd.
Ladysmith, WI 54848
USA
+1 301 310 3450

Head office Austria

office@rieder.cc

Rieder Group
Glemmerstraße 21
5751 Maishofen
Austria
+43 6542 690 844

Press & PR

pr@rieder.cc

Rieder Group
Glemmerstraße 21
5751 Maishofen
Austria
+43 664 8315269