# EXHIBIT 9

Entity Details

## THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | 7803551 | Incorporation Date / Formation Date: 1/16/2020 (mm/dd/yyyy) |
| Entity Name: | RIEDER NORAM INC. | |
| Entity Kind: | Corporation | Entity Type: General |
| Residency: | Domestic | State: DELAWARE |

### REGISTERED AGENT INFORMATION

| | | |
|---|---|---|
| Name: | NATIONAL REGISTERED AGENTS, INC. | |
| Address: | 1209 ORANGE STREET | |
| City: | WILMINGTON | County: New Castle |
| State: | DE | Postal Code: 19801 |
| Phone: | 302-658-7581 | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]