AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

CENTERLINE ARCHITECTURAL SUPPLY, LLC, et al., )
      *Plaintiff* )
      v. )    Case No.    24-cv-480
RNA REAL ESTATE, LLC, )
      *Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant RNA Real Estate, LLC.

Date: September 26, 2024

/s/ Reinhold F. Krammer
*Attorney's signature*

Reinhold F. Krammer
*Printed name and bar number*

203 North LaSalle Street
Suite 2500
Chicago, Illinois 60601-1262
*Address*

rkrammer@masudafunai.com
*E-mail address*

(312) 245-7500
*Telephone number*

(312) 245-7467
*FAX number*