U.S. District Court
Western District of Wisconsin
Office of the Clerk
120 North Henry Street, Room 320
Madison, WI 53703
(608) 264-5156

**FILED**
24CV66
FEB 24 2025

LORI GORSEGNER
RUSK COUNTY
CLERK OF CIRCUIT COURT

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MAR 11 2025

FILED/REC'D
CLERK OF COURT

2/18/2025

Clerk of Court Rusk
County Circuit Court
311 Miner Ave. E.,
Suite L350
Ladysmith, WI 54848

RE:     Centerline Architectural Supply, LLC v. RNA Real Estate, LLC

Case No. 24-cv-480

This case was remanded to your court on 2/14/2025. Certified copies of the docket sheet and
remand order are enclosed. Please acknowledge receipt of this letter by returning a file-stamped
copy in the enclosed envelope.

Thank you.

Sincerely,

JOEL TURNER
Clerk of Court

By: _____
. Deputy Clerk

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON  DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

**OFFICE OF THE CLERK**
**US DISTRICT COURT**
**120 N HENRY ST  STE 320**
**MADISON  WI  53703-9935**



21-CV-480-Jdp